**AFFIDAVIT ATTACHED**

4/30/2021 6:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53019155
By: Bonnie Lugo
Filed: 4/30/2021 6:34 PM

Receipt Number: 897178
Tracking Number: 73865338 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202125184

| | |
|---|---|
| PLAINTIFF: GRAY, GUILLERMO | In the 281st Judicial |
| vs. | District Court of |
| DEFENDANT: KILLICK GROUP LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: KILLICK GROUP LLC MAY BE SERVED BY SERVING ITS REGISTERED AGENT JACK LAWLOR
9720 CYPRESSWOOD DRIVE SUITE 470
HOUSTON TX 77070

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES.
This instrument was filed on April 27, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this April 28, 2021.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: ADILIANI SOLIS

Issued at request of:
Hadi, Husein
7100 REGENCY SQUARE BLVD, STE 140
HOUSTON, TX 77036
832-433-7977

Bar Number: 24067641

**AFFIDAVIT ATTACHED**

Exhibit A

CAUSE NO. 202125184

| | | |
|---|---|---|
| GUILLERMO GRAY<br>Plaintiff | § § § | IN THE DISTRICT COURT OF |
| V. | § § | |
| KILLICK GROUP, LLC AND<br>JACK LAWLOR<br>Defendants | § § § § | 281st JUDICIAL DISTRICT<br><br>OF HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Ekaterina Franco-Tentiouk** who, being by me duly sworn, deposed and said:

"The following came to my hand on the **28th** day of **April 2021**, at **11:45** o'clock **A.M.**,

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**

To be served on **KILLICK GROUP, LLC ("KILLICK") through its registered agent Jack Lawlor, at 9720 Cypresswood Drive, Suite 470, Houston, Texas 77070.**

and was executed **at 12402 Whittington Dr., Houston, TX 77077** within the **County of Harris at 1:15** o'clock **P.M.** on **the 30th** day of **April 2021,** by delivering a true copy to the within named

**KILLICK GROUP, LLC ("KILLICK") through Breonna Brownlee,
authorized to accept on behalf of registered agent Jack Lawlor**

Additional information:

**April 29, 2021 at 2:49 P.M.**
I went to **9720 Cypresswood Drive, Suite 470, Houston, Texas 77070** an address Citation for **KILLICK GROUP, LLC ("KILLICK") through its registered agent Jack Lawlor.** Office is closed. I located a phone number for the company. I called the number and spoke with **Jack Lawlor.** He stated that office is closed due to COVID and he is in Canada right now, so his manager will accept all the documents for him. He connected 3-way phone conversation with his manager Breonna Brownlee and Breonna gave me the address for service.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of

the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Ekaterina Franco-Tentiouk
Authorized Person PSC: 11843 Exp: 01/31/2023
Harris County, Texas

1

**Exhibit A**

**BEFORE ME,** a Notary Public, on this day personally appeared **Ekaterina Franco-Tentiouk,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO BEFORE ME on this 30th day of April 2021.**

_Natalia Lisenko_
Notary Public, State of Texas

NATALIA LISENKO
Notary Public, State of Texas
Comm. Expires 03-22-2025
Notary ID 129293165

**Exhibit A**

Case 4:21-cv-01673 Document 1-1 Filed on 05/21/21 in TXSD Page 4 of 6

4/30/2021 6:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53019155
By: Bonnie Lugo
Filed: 4/30/2021 6:34 PM

**AFFIDAVIT ATTACHED**

COPY OF PLEADING PROVIDED BY PLT

Receipt Number: 897178
Tracking Number: 73865341 EML

CAUSE NUMBER: 202125184

| | |
|---|---|
| PLAINTIFF: GRAY, GUILLERMO | In the 281st Judicial |
| vs. | District Court of |
| DEFENDANT: KILLICK GROUP LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: LAWLOR, JACK
9720 CYPRESSWOOD DRIVE SUITE 470
HOUSTON TX 77070

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES.
This instrument was filed on April 27, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this April 28, 2021.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: ADILIANI SOLIS

Issued at request of:
Hadi, Husein
7100 REGENCY SQUARE BLVD, STE 140
HOUSTON, TX 77036
832-433-7977

Bar Number: 24067641

**AFFIDAVIT ATTACHED**

Exhibit A

CAUSE NO. 202125184

| | | |
|---|---|---|
| GUILLERMO GRAY<br>Plaintiff | § § § | IN THE DISTRICT COURT OF |
| V. | § § | |
| KILLICK GROUP, LLC AND<br>JACK LAWLOR<br>Defendants | § § § § | 281st JUDICIAL DISTRICT<br><br>OF HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Ekaterina Franco-Tentiouk** who, being by me duly sworn, deposed and said:

"The following came to my hand on the **28th** day of **April 2021**, at **11:45 o'clock A.M.**,

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**

To be served on **Jack Lawlor, at 9720 Cypresswood Drive, Suite 470, Houston, Texas 77070**.

and was executed **at 12402 Whittington Dr., Houston, TX 77077** within the **County of Harris at 1:15 o'clock P.M. on the 30th** day of **April 2021,** by delivering a true copy to the within named

**through Breonna Brownlee,**
**authorized to accept on behalf of Jack Lawlor**

Additional information:

**April 29, 2021 at 2:49 P.M.**
I went to **9720 Cypresswood Drive, Suite 470, Houston, Texas 77070** an address Citation for **Jack Lawlor.** Office is closed. I located a phone number for the company. I called the number and spoke with **Jack Lawlor.** He stated that office is closed due to COVID and he is in Canada right now, so his manager will accept all the documents for him. He connected 3-way phone conversation with his manager Breonna Brownlee and Breonna provided to me the address for service.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of

the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Ekaterina Franco-Tentiouk
Authorized Person PSC: 11843 Exp: 01/31/2023
Harris County, Texas

1

**Exhibit A**

**BEFORE ME,** a Notary Public, on this day personally appeared **Ekaterina Franco-Tentiouk,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 30th day of April 2021.

_Natalia Lisenko_
Notary Public, State of Texas

NATALIA LISENKO
Notary Public, State of Texas
Comm. Expires 03-22-2025
Notary ID 129293165

**Exhibit A**