United States District Court
Southern District of Texas
**ENTERED**
January 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUILLERMO GRAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01673 |
| § | |
| KILLICK GROUP, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 5, 2022 (Doc. #15) and Defendants' Objections (Doc. #16). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

Accordingly, Defendants' Motion to Dismiss (Doc. #4) is hereby GRANTED in PART and DENIED in PART. Plaintiff Guillermo Gray's claims under sections 61.011 and 61.013 of the Texas Labor Code are hereby DISMISSED WITH PREJUDICE. However, Defendants' Motion to Dismiss the claims made against Defendant John P. Lawlor (misidentified as Jack Lawlor) for lack of personal jurisdiction is DENIED WITHOUT PREJUDICE. Plaintiff must effectuate proper service on Defendant Lawlor within 30 days from the entry of this Order or all claims against him will be dismissed.

It is so ORDERED.

JAN 2 4 2022
_____          _____
Date                                 The Honorable Alfred H. Bennett
                                     United States District Judge